Mosely
25-31187

## CREDITOR MATRIX

Selene Finance LP
9990 Richmond Ave., Ste 400
Houston, Texas, 77042

CODILIS & MOODY, P.C.
20405 STATE HIGHWAY 249, SUITE 170
Houston, TX. 77242-4239

United States Courts
Southern District of Texas
FILED

MAR 3 - 2025

Nathan Ochsner, Clerk of Court