United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 25-31187 |
| **CHARLES RAY MOSELY,** § | |
| § | |
| Debtor. § | |
| § | |
| § | **CHAPTER 13** |

# ORDER
## DENYING MOTION FOR MOOTNESS
*Resolving ECF No. 49*

On July 8, 2025, Debtor filed Motion for Leave to File Late Objection to Claim(s) ("*Motion*")[1]. However, on July 9, 2025, the Debtor's Motion to Vacate Dismissal[2] was denied by the Court and this case remains dismissed. Accordingly, the Motion is moot. It is therefore

**ORDERED:** that the Motion[3] is **MOOT**, and as such, is **DENIED**.

SIGNED July 14, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 49.
[2] ECF No. 44.
[3] ECF No. 49.